THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
By: John D. Nibbelin, Deputy (SBN 184603)
By: Kathryn E. Alberti, Deputy (SBN 172034)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4647
Facsimile:  (650) 363-4034
E-mail:  kalberti@co.sanmateo.ca.us

Attorneys for Defendant
Sequoia Union High School District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH Z.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT, and DOES 1-5,<br><br>　　　　Defendants. | Case No. C 07 2389 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:  May 15, 2007　　　　　　　　　　　　　　　THOMAS F. CASEY III, COUNTY COUNSEL


　　　　　　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kathryn E. Alberti, Deputy

　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　Sequoia Union High School District