IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARAH Z,

       Plaintiff,

v.

SEQUOIA UNION HIGH SCHOOL DISTRICT,

       Defendant.

No. C 07-02389SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, August 17, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: May 23, 2007



RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk