Timothy J. Walton (State Bar No. 184292)
WALTON & ROESS LLP
407 South California Avenue
Suite 8
Palo Alto, CA 93406
Phone: (650) 566-8500
Fax: (650) 618-8687
Email: SarahZ@netatty.com

Attorneys for Plaintiff
SARAH Z.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| SARAH Z., | ) Case No.: C 06-4098 PJH |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| vs. | ) **EXTENDING TIME FOR FILING** |
| | ) **RESPONSIVE PLEADINGS** |
| SEQUOIA UNION HIGH SCHOOL DISTRICT, and DOES 1-5, | ) |
| Defendants. | ) |

WHEREFORE, counsel for the parties have communicated about alleged deficiencies in the complaint on file in the above-captioned action, and Plaintiff's counsel has agreed that amendment of the complaint is appropriate, and Defendant's counsel has agreed to the filing of an amended complaint prior to filing of responsive pleadings by the Defendant, and the parties agree that an amended complaint would serve the interests of justice by perhaps eliminating some issues that might otherwise require motions and/or hearings, therefore

The parties in the above-captioned lawsuit and their attorneys agree that the Court may enter an Order allowing for the following timeline for filing of pleadings in the above-captioned case:

1. Plaintiff to file an amended complaint by June 11, 2007, and Defendant will file responsive pleadings by July 2, 2007.

WALTON & ROESS LLP

Dated: June 6, 2007

/s/ Timothy J. Walton
Timothy J. Walton
Attorneys for Plaintiff

THOMAS F. CASEY III, COUNTY COUNSEL

Dated: June 6, 2007

John D. Nibbelin, Deputy
Attorneys for Defendant
SEQUOIA UNION HIGH SCHOOL DISTRICT

## ORDER

Pursuant to the above stipulation of the parties,

**1. Plaintiff SARAH Z. has until June 11, 2007, to file an amended complaint,** and

**2. Defendant SEQUOIA UNION HIGH SCHOOL DISTRICT has until July 2, 2007, to file responsive pleadings.**

Dated: _____

United States District Judge