1  Timothy J. Walton (State Bar No. 184292)
2  WALTON & ROESS LLP
   407 South California Avenue
3  Suite 8
   Palo Alto, CA 93406
4  Phone: (650) 566-8500
   Fax: (650) 618-8687
5  Email: SarahZ@netatty.com

6
   Attorneys for Plaintiff
7  SARAH Z.

8

9                    **UNITED STATES DISTRICT COURT**

10       **NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

11  SARAH Z.,                        )   Case No.: C 06-4098 PJH
                                     )
12                                   )
            Plaintiff,               )   **STIPULATION AND ORDER**
13                                   )   **EXTENDING TIME FOR FILING**
                                     )   **RESPONSIVE PLEADINGS**
14        vs.                        )
                                     )
15  SEQUOIA UNION HIGH SCHOOL        )
    DISTRICT, and                    )
16  DOES 1-5,                        )
                                     )
17                                   )
            Defendants.              )
18  _____)

19        WHEREFORE, counsel for the parties have communicated about alleged deficiencies in

20  the complaint on file in the above-captioned action, and Plaintiff's counsel has agreed that

21  amendment of the complaint is appropriate, and Defendant's counsel has agreed to the filing of
22
23  an amended complaint prior to filing of responsive pleadings by the Defendant, and the parties

24  agree that an amended complaint would serve the interests of justice by perhaps eliminating

25  some issues that might otherwise require motions and/or hearings, therefore

26        The parties in the above-captioned lawsuit and their attorneys agree that the Court may
27
28  enter an Order allowing for the following timeline for filing of pleadings in the above-captioned

    case:

1    Plaintiff to file an amended complaint by June 11, 2007, and Defendant will file

2    responsive pleadings by July 2, 2007.

3

4

5                                WALTON & ROESS LLP

6    Dated:  June 6, 2007              /s/ Timothy J. Walton
                                       Timothy J. Walton
7                                      Attorneys for Plaintiff

8

9

10                               THOMAS F. CASEY III, COUNTY COUNSEL

11

12

13
     Dated:  June 6, 2007
14
                                 John D. Nibbelin, Deputy
15                               Attorneys for Defendant
                                 SEQUOIA UNION HIGH SCHOOL DISTRICT
16

17                                    **ORDER**

18       Pursuant to the above stipulation of the parties,

19

20          **1. Plaintiff SARAH Z. has until June 11, 2007, to file an amended complaint,**

21    **and**

22          **2. Defendant SEQUOIA UNION HIGH SCHOOL DISTRICT has until**

23    **July 2, 2007, to file responsive pleadings.**

24

25    Dated:

26                                 United States District Judge

27

28

Stipulation And Order Extending Time For Filing Responsive Pleadings