Timothy J. Walton  (State Bar No. 184292)
WALTON & ROESS LLP
407 South California Avenue
Suite 8
Palo Alto, CA 93406
Phone: (650) 566-8500
Fax: (650) 618-8687
Email: SarahZ@netatty.com

Attorneys for Plaintiff
SARAH Z.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SARAH Z., | ) Case No.: C 07-2389 SI |
| Plaintiff, | ) |
| | ) **CERTIFICATE OF SERVICE OF** |
| vs. | ) **SUMMONS AND COMPLAINT ON** |
| | ) **MARIAN WELCH** |
| SEQUOIA UNION HIGH SCHOOL DISTRICT, et al., | ) |
| Defendants. | ) |

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 8/01/2007 |
| Name of SERVER Danyal Janjua | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: Marian Welch
408 James Ave.
Redwood city, California

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Nikki Washington

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/01/2007
               Date

Signature of Server
408- California Ave. # 8
Palo Alto, CA 94306
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure