1  Timothy J. Walton  (State Bar No. 184292)
2  WALTON & ROESS LLP
   407 South California Avenue
3  Suite 8
   Palo Alto, CA 93406
4  Phone: (650) 566-8500
5  Fax: (650) 618-8687
   Email: SarahZ@netatty.com
6
   Attorneys for Plaintiff
7  SARAH Z.
8
9                  UNITED STATES DISTRICT COURT
10      NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)
11

12 SARAH Z.,                          ) Case No.: C 07-2389 SI
13                                    )
          Plaintiff,                  ) **CERTIFICATE OF SERVICE OF**
14                                    ) **SUMMONS AND COMPLAINT ON**
     vs.                              ) **KAREN MCGEE**
15                                    )
16 SEQUOIA UNION HIGH SCHOOL          )
   DISTRICT, et al.,                  )
17                                    )
          Defendants.                 )
18 _____

19
20
21
22
23
24
25
26
27
28

                                     1
Case No.: C 07-2389 SI        CERTIFICATE OF SERVICE OF SUMMONS AND
                                                            COMPLAINT

FILED
07 AUG 13 PM 12: 33
[Clerk stamp] U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 8/01/2007 |
| Name of SERVER Danyal Jinjua | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: Karen McGee
408- James Ave.
Redwood City California

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Nikki Washington

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/01/2007
             Date

Signature of Server

Address of Server
407 California Ave. #8
Palo Alto, CA 94306

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure