Timothy J. Walton (State Bar No. 184292)
WALTON & ROESS LLP
407 South California Avenue
Suite 8
Palo Alto, CA 93406
Phone: (650) 566-8500
Fax: (650) 618-8687
Email: SarahZ@netatty.com

Attorneys for Plaintiff
SARAH Z.

FILED
07 AUG 13 PM 12: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SARAH Z., | ) Case No.: C 07-2389 SI |
| Plaintiff, | ) **CERTIFICATE OF SERVICE OF** |
| vs. | ) **SUMMONS AND COMPLAINT ON** |
| | ) **CLIFF ALIRE** |
| SEQUOIA UNION HIGH SCHOOL DISTRICT, et al., | ) |
| Defendants. | ) |

1

| Case No.: C 07-2389 SI | **CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT** |
|---|---|

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 8/01/2007 |
| Name of SERVER Danyal Janjua | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: Cliff Alire 199 Churchill Ave. Woodside, CA 94062

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Lauren M. Martinuica

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 35 miles ($16.97) | $49.20 | $66.17 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/01/2007
Date

Signature of Server
487 California Ave. #8
Palo Alto, CA 94306
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure