| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Walton & Roess LLP<br>407 South California Ave, Suite 8<br>Palo Alto, CA 94306<br>*Telephone No:* 650.566.8500   *FAX No:* 650.618.8687<br>twalton@waltonroess.com<br>*Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | **For Court Use Only**<br>FILED<br>07 AUG 13 PM 12: 30<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Northern District | | | | |
| *Plaintiff:* Sarah Z | | | | |
| *Defendant:* Sequoia Union High School District, et al | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C072389SI |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Plaintiff's First Amended Complaint

3. a. Party served:       Office of Adminstrative Hearings
   b. Person served:    Cheryl Frost, Office Tech Authorized to Accept Service of Process, White, Female, 50 Years Old, Blonde Hair, 5 Feet 5 Inches, 155 Pounds

4. Address where the party was served:    2349 Gateway Oaks Dr., Suite 200
                                            Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 08, 2007 (2) at: 2:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: Office of Adminstrative Hearings
   Under CCP 416.50 (public entity)

7. **Person Who Served Papers:**              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Scott A. Oliver                          d. *The Fee for Service was:*    $43.50



COUNTY-LEGAL
1023 H Street, Suite B3
Sacramento, CA 95814
(916) 446-4890, FAX (916) 446-4892
www.county-legal.com  info@county-legal.com

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    2005-35
      (iii) County:               Sacramento
      (iv)  Expiration Date:      Sun, Dec. 06, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Aug. 08, 2007

Judicial Council Form POS-010                    PROOF OF SERVICE                 (Scott A. Oliver)
Rule 982.9.(a)&(b) Rev January 1, 2007                                                              wr99.6429