# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Z.,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>Sequoia Union High School District,<br><br>　　　　Defendant(s). | 07-02389 SI MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

　　**Robert A. Edwards**
　　Law Offices of Robert A. Edwards
　　19229 Sonoma Highway #111
　　Sonoma, CA 95476
　　707-933-9351

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1    Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: August 16, 2007

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Claudia M. Forehand



                                        ADR Case Administrator
                                        415-522-2059
                                        Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-02389 SI MED                              - 2 -