THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
By: Kathryn E. Alberti, Deputy (SBN 172034)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4647
Facsimile: (650) 363-4034
E-mail: kalberti@co.sanmateo.ca.us

Attorneys for Defendant
Sequoia Union High School District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH Z., <br><br> Plaintiff, <br><br> vs. <br><br> SEQUOIA UNION HIGH SCHOOL DISTRICT, and DOES 1-5, <br><br> Defendants. | Case No. C 07 2389 JL <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR FILING RESPONSIVE PLEADINGS FOR INDIVIDUAL DEFENDANTS PAT GEMMA, NIKKI WASHINGTON, CLIFF ALIRE, KAREN MCGEE, MARIAN WELCH** |

WHEREFORE, counsel for the parties have communicated about the service of the individual defendants and the fact that the case is scheduled to go through mediation as well as the fact that any motion made by the individual Defendants, PAT GEMMA, NIKKI WASHINGTON, CLIFF ALIRE, KAREN MCGEE, MARIAN WELCH, such as a 12(b)(6) motion, would be heard on November 30, 2007 per the Honorable Judge Illston's direction, Plaintiff's counsel has agreed to extend the time for filing responsive pleadings for the individual defendants of Sequoia Union High School District for 21 days. Defendant to file responsive pleadings for the individual defendants by September 11, 2007.

Dated: August 20, 2007

*Timothy Walton*
Timothy Walton
WALTON & ROESS LLP
Attorneys for Plaintiff

Case No. C 07 2389 JL
**ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.**

Dated: August 20, 2007

THOMAS F. CASEY III, COUNTY COUNSEL

By: _____
Kathryn E. Alberti, Deputy

Attorneys for Defendants
Sequoia Union High School District, and individual Defendants, PAT GEMMA, NIKKI WASHINGTON, CLIFF ALIRE, KAREN MCGEE, MARIAN WELCH

### ORDER

Pursuant to the above stipulation of the parties,

**Individual Defendants PAT GEMMA, NIKKI WASHINGTON, CLIFF ALIRE, KAREN MCGEE, MARIAN WELCH, have until September 11, 2007 to file responsive pleadings.**

Dated:

_____
United States District Judge

L:\LITIGATE\Z_CASES\Sarah Z v. SUHSD 07 2389\stipulation and order to extend time.doc

Case No. C 07 2389 JL                2
**ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.**