**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/17/07

Case No.   C-07-2389 SI           Judge:   SUSAN ILLSTON

Title: SARAH Z.  -v- SEQUOIA UNION HIGH SCHOOL

Attorneys: Walton          Alberti

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                   PART

Case continued to **11/30/07    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **11/30/07    @ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ 3:30 p.m.  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Mediation shall occur by mid November 2007.

Since plaintiff has just recently completed service and answers have not been filed yet, this case was not in a position to set a trial date.