1  THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
   By: Kathryn E. Alberti, Deputy (SBN 172034)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA 94063
   Telephone: (650) 363-4647
4  Facsimile: (650) 363-4034
   E-mail: kalberti@co.sanmateo.ca.us
5
   Attorneys for Defendant
6  Sequoia Union High School District

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
   SARAH Z.,                                  Case No. C 07 2389 JL
11
              Plaintiff,                      STIPULATION AND ORDER EXTENDING
12                                            TIME FOR FILING RESPONSIVE
       vs.                                    PLEADINGS FOR INDIVIDUAL
13                                            DEFENDANTS PAT GEMMA, NIKKI
   SEQUOIA UNION HIGH SCHOOL DISTRICT, and    WASHINGTON, CLIFF ALIRE, KAREN
14 DOES 1-5,                                  MCGEE, MARIAN WELCH

15            Defendants.

16
         WHEREFORE, counsel for the parties have communicated about the service of the individual
17
   defendants and the fact that the case is scheduled to go through mediation as well as the fact that any
18
   motion made by the individual Defendants, PAT GEMMA, NIKKI WASHINGTON, CLIFF ALIRE,
19
   KAREN MCGEE, MARIAN WELCH, such as a 12(b)(6) motion, would be heard on November 30,
20
   2007 per the Honorable Judge Illston's direction, Plaintiff's counsel has agreed to extend the time for
21
   filing responsive pleadings for the individual defendants of Sequoia Union High School District for 21
22
   days. Defendant to file responsive pleadings for the individual defendants by September 11, 2007.
23

24
       Dated: August 20, 2007                   _____
25                                              Timothy Walton
                                                WALTON & ROESS LLP
26                                              Attorneys for Plaintiff

27

28

   Case No. C 07 2389 JL
                    ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.

| | | |
|---|---|---|
|1| Dated: August 20, 2007 | THOMAS F. CASEY III, COUNTY COUNSEL |
|2| | |
|3| | By: _____ |
|4| | Kathryn E. Alberti, Deputy |
|5| | Attorneys for Defendants |
|6| | Sequoia Union High School District, and individual Defendants, PAT GEMMA, NIKKI WASHINGTON, CLIFF ALIRE, KAREN MCGEE, MARIAN WELCH |

## ORDER

Pursuant to the above stipulation of the parties,

**Individual Defendants PAT GEMMA, NIKKI WASHINGTON, CLIFF ALIRE, KAREN MCGEE, MARIAN WELCH, have until September 11, 2007 to file responsive pleadings.**

Dated:

_____
United States District Judge

L:\LITIGATE\Z_CASES\Sarah Z v. SUHSD 07 2389\stipulation and order to extend time.doc

Case No. C 07 2389 JL                                2

**ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.**