**FILED**
NOV 07 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Z.,

      Plaintiff(s),

v.

Sequoia Union High School District,

      Defendant(s).

No. C 07-02389 SI MED

**Certification of ADR Session**

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __10-29-07__

2. Did the case settle?  ☐ fully  ☒ partially  ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: __11/3/07__

Mediator, Robert A. Edwards
Law Offices of Robert A. Edwards
19229 Sonoma Highway #111
Sonoma, CA 95476

**Certification of ADR Session**
07-02389 SI MED