E-filing

Timothy J. Walton (State Bar No. 184292)
WALTON & ROESS LLP
407 South California Avenue
Suite 8
Palo Alto, CA 94306

Phone (650) 566-8500
Fax: (650) 618-8687

Attorneys for Plaintiff SARAH Z.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH Z., <br><br> Plaintiff, <br><br> vs. <br><br> SEQUOIA UNION HIGH SCHOOL DISTRICT, *et al.*, <br><br> Defendants. | Case No. 07-2389 SI <br><br> REQUEST FOR ENTRY OF DEFAULT |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff SARAH Z. hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant OFFICE OF ADMINISTRATIVE HEARINGS on the grounds that the Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on Defendants on August 13, 2007, by personal service, as evidenced by the certificate of service of summons and complaint on file with this Court.

Date: November 9, 2007

WALTON & ROESS LLP

Timothy J. Walton
Attorneys for Plaintiffs

07-2389 SI

REQUEST FOR ENTRY OF DEFAULT

| Attorney or Party without Attorney:<br>Walton & Roess LLP<br>407 South California Ave, Suite 8<br>Palo Alto, CA 94306<br>Telephone No: 650.566.8500    FAX No: 650.618.8687<br>twalton@waltonroess.com<br>Attorney for: Plaintiff | | | | For Court Use Only<br><br>FILED<br>07 AUG 13 PM 12:30<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District | | | | |
| Plaintiff: Sarah Z | | | | |
| Defendant: Sequoia Union High School District, et al | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C072389SI |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Plaintiff's First Amended Complaint

3. a. Party served:    Office of Adminstrative Hearings
   b. Person served:   Cheryl Frost, Office Tech Authorized to Accept Service of Process, White, Female, 50 Years Old, Blonde Hair, 5 Feet 5 Inches, 155 Pounds

4. Address where the party was served:    2349 Gateway Oaks Dr., Suite 200
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 08, 2007 (2) at: 2:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: Office of Adminstrative Hearings
   Under CCP 416.50 (public entity)

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Scott A. Oliver                                      d. *The Fee for Service was:* $43.50



COUNTY-LEGAL
1023 H Street, Suite B3
Sacramento, CA 95814
(916) 446-4890, FAX (916) 446-4892
www.county-legal.com  info@county-legal.com

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2005-35
      (iii) County: Sacramento
      (iv) Expiration Date: Sun, Dec. 06, 2009

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Aug. 08, 2007

Judicial Council Form POS-010    PROOF OF SERVICE    (Scott A. Oliver)    wr99.6429
Rule 982.9.(a)&(b) Rev January 1, 2007