**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  415.522.2000

November 15, 2007

RE:  <u>CV 07-02389 SI</u>         <u>SARAH Z-v- SEQUOIA UNION HIGH SCHOOL DISTRICT</u>

Default is entered as to defendant Office of Administrative Hearings on November 15, 2007.

                        RICHARD W. WIEKING, Clerk
                        /s/

                        by<u>Yumiko Saito</u>
                        Case Systems Administrator