IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH Z,<br><br>    Plaintiff,<br><br>  v.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT,<br><br>    Defendant. | No. C 07-02389SI<br><br>**NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion to dismiss and the case management conference previously scheduled to occur on Friday, November 30, 3007, has been continued to Friday, January 18, 2008, at 9:00 and 2:30 p.m., respectively.

Dated: 11/16/07                                                                RICHARD W. WIEKING, Clerk

                                                                               Tracy Sutton
                                                                               Deputy Clerk