Timothy J. Walton  (State Bar No. 184292)
WALTON & ROESS LLP
407 South California Avenue
Suite 8
Palo Alto, CA 93406
Phone: (650) 566-8500
Fax: (650) 618-8687
Email: SarahZ@netatty.com

Attorneys for Plaintiff
SARAH Z.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SARAH Z., <br><br> Plaintiff, <br><br> vs. <br><br> SEQUOIA UNION HIGH SCHOOL DISTRICT, and DOES 1-5, <br><br> Defendants. | Case No.: C 07-2389 SI <br><br> **STIPULATION AND ORDER CONTINUING DATE OF HEARINGS** |

WHEREFORE, counsel for Plaintiff has a conflict with the date of the next hearing as set by the Court, because Plaintiff's counsel has another client with a case assigned to oral argument before the Ninth Circuit Court of Appeals, at the same date and time as the Defendant's motion to dismiss in the instant action, and counsel for the parties are available February 15, 2008, therefore

The parties in the above-captioned lawsuit and their attorneys agree that the Court may enter an Order continuing the date of the hearing on Defendants' Motion to Dismiss, and the

case management conference set for that same date, currently calendared for January 18, 2008, to be continued to February 15, 2008.

WALTON & ROESS LLP

Dated: December 4, 2007        /s/ Timothy J. Walton
Timothy J. Walton
Attorneys for Plaintiff


THOMAS F. CASEY III, COUNTY COUNSEL

Dated: December 4, 2007        /s/ Kathryn E. Alberti
Kathryn E. Alberti, Deputy
Attorneys for Defendant
SEQUOIA UNION HIGH SCHOOL DISTRICT

## ORDER

Pursuant to the above stipulation of the parties,

**Defendants' Motion To Dismiss and the case management conference previously scheduled to occur on Friday January 18, 2008, has been continued to Friday, February 15, 2008, at 9:00 a.m. and 2:30 p.m., respectively.**

IT IS SO ORDERED.

Dated: _____
_____
United States District Judge