## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 2/15/08

Case No.   C-07-2389 SI            Judge:   SUSAN ILLSTON

Title: SARAH Z.   -v- SEQUOIA UNION HIGH SCHOOL

Attorneys: Walton          Nibbelin

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

## PROCEEDINGS

1)   Further Case Management Conference  - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **4/4/08  @ 2:30 p.m.** for Further Case Management Conference

Case continued to **4/4/08    @ 9:00 a.m.**   for Motion to Add Party

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties shall meet and confer re: adding OAH as a Doe defendant.  If a motion is necessary, it shall be filed by 2/29/08.