1  Timothy J. Walton  (State Bar No. 184292)
2  WALTON & ROESS LLP
   407 South California Avenue
3  Suite 8
   Palo Alto, CA 93406
4  Phone: (650) 566-8500
5  Fax: (650) 618-8687
   Email: SarahZ@netatty.com
6
7  Attorneys for Plaintiff
   SARAH Z.
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| SARAH Z., | Case No.: C 06-4098 PJH |
| Plaintiff, | **STIPULATION AND ORDER ALLOWING FOR FILING OF AMENDED PLEADINGS** |
| vs. | |
| SEQUOIA UNION HIGH SCHOOL DISTRICT, and DOES 1-5, | |
| Defendants. | |

WHEREFORE, counsel for the parties have agreed that amendment of the complaint is acceptable, and Defendant's counsel has agreed to the filing of an amended complaint, and the parties agree that an amended complaint would serve the interests of justice, therefore

The parties in the above-captioned lawsuit and their attorneys agree that the Court may enter an Order allowing for the following timeline for filing of pleadings in the above-captioned case:

Plaintiff's amended complaint is deemed filed, and Defendant SEQUOIA UNION HIGH SCHOOL DISTRICT will file responsive pleadings by April 25, 2008.

WALTON & ROESS LLP

Dated:  March 24, 2008            /s/ Timothy J. Walton
                                  Timothy J. Walton
                                  Attorneys for Plaintiff


THOMAS F. CASEY III, COUNTY COUNSEL


Dated:  March 24, 2008            /s/ John D. Nibbelin_____
                                  John D. Nibbelin, Deputy
                                  Attorneys for Defendant
                                  SEQUOIA UNION HIGH SCHOOL DISTRICT

**ORDER**

Pursuant to the above stipulation of the parties,

**1. Plaintiff SARAH Z.'s amended complaint, attached as Exhibit "A" to this Stipulation and Order, is deemed filed, and**

**2. Defendant SEQUOIA UNION HIGH SCHOOL DISTRICT has until April 25, 2008, to file responsive pleadings.**

Dated:                              _____
                                    United States District Judge