**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 6/6/08

Case No.   C-07-2389 SI           Judge:   SUSAN ILLSTON

Title: SARAH Z.  -v- SEQUOIA UNION HIGH SCHOOL

Attorneys: Walton          Alberti

Deputy Clerk: Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference  - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                            PART

Case continued to **8/22/08 @ 9:00 a.m.** for Further Case Management Conference

Case continued to **8/22/08    @ 9:00 a.m.**   for Cross Motions
(file 7/18/08, oppo 8/1/08, reply 8/8/08)

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)

ORDERED AFTER HEARING:
The Court granted plaintiff leave to file an amended complaint.