1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: KATHRYN E. ALBERTI, Deputy (SBN 172034)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4647
4  Facsimile:  (650) 363-4034
   E-mail:  kalberti@co.sanmateo.ca.us
5
   Attorneys for Defendant
6  Sequoia Union High School District

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 SARAH Z.,                                   Case No. C 07 2389 JL

12         Plaintiff,                          **STIPULATION AND ORDER EXTENDING
                                               TIME FOR FILING DISPOSITIVE
13     vs.                                     MOTIONS AND HEARING ON
                                               DISPOSITIVE MOTIONS**
14 SEQUOIA UNION HIGH SCHOOL DISTRICT, and
   DOES 1-5,
15
           Defendants.
16

17      WHEREFORE, Defendant SEQUOIA UNION HIGH SCHOOL DISTRICT requested a date and

18 time to take Mrs. Zasslow's deposition.  Timothy Walton, Counsel for Plaintiff, stated that Mrs. Zasslow

19 is not available for deposition until after July 11, 2008, due to her vacation schedule.  The parties have

20 scheduled Mrs. Zasslow's depositions for July 15, 2008 at Mrs. Zasslow's requested start time of 1:00

21 p.m. and again on July 16, 2008 at 1:00 p.m.  Taking Mrs. Zasslow's deposition on July 15th and July

22 16th does not allow time for Defendant to incorporate any information from the deposition into

23 Defendant's Motion for Summary Judgment, which is currently scheduled to be filed on July 18, 2008.

24      Further, Plaintiff has not yet served the other Defendant in this case, the Office of Administrative

25 Hearings.  The parties agree that changing the dates for Dispositive Motions will accommodate the

26 deposition schedule as well as allow time for Plaintiff to serve OAH and allow OAH to file a dispositive

27 motion, should OAH do so.  The parties also agree that the Case Management Conference (CMC) will

28 remain on calendar on Friday, August 22, 2008, but that the CMC is re-scheduled for 2:00 p.m.

1    Therefore, Plaintiff and Defendant SEQUOIA UNION HIGH SCHOOL DISTRICT agrees and
2 stipulates to the following schedule:
3    Further Case Management Conference Friday, August 22, 2008 at 2:30 p.m.;
4    Cross Dispositive Motions will be filed on Friday, September 12, 2008;
5    Opposition Motions to be filed on Friday, September 26, 2008;
6    Dispositive Motions will be heard on Friday, October 10, 2008.
7    It is so stipulated.

8  Dated: June 11, 2008                    WALTON & ROESS LLP

10                                         By: _____/s/_____
                                                  Timothy Walton

12                                         Attorneys for Plaintiff
                                           SARAH Z.

14  Dated: June 11, 2008                   MICHAEL P. MURPHY, COUNTY COUNSEL

16                                         By: _____/s/_____
                                                  Kathryn E. Alberti, Deputy

18                                         Attorneys for Defendant
                                           SEQUOIA UNION HIGH SCHOOL DISTRICT

20                                **ORDER**

21    Pursuant to the above stipulation of the parties, the following dates have been set:
22    Further Case Management Conference Friday, August 22, 2008 at 2:00 p.m.;
23    Cross Dispositive Motions will be filed on Friday, September 12, 2008;
24    Opposition Motions to be filed on Friday, September 26, 2008;
25    Dispositive Motions will be heard on Friday, October 10, 2008.

27  Dated: _____
                       UNITED STATES DISTRICT JUDGE

Case No. C 07 2389 JL                    2
STIPULATION AND ORDER EXTENDING TIME FOR FILING DISPOSITIVE MOTIONS AND
HEARING ON DISPOSITIVE MOTIONS