| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Walton & Roess LLP<br>407 South California Ave, Suite 8<br>Palo Alto, CA 94306 | |
| Telephone No: 650.566.8500  FAX No: 650.618.8687 | |
| twalton@waltonroess.com | Ref. No. or File No.: |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT NORTHERN DISTRICT

Plaintiff: SARAH Z.
Defendant: Sequoia Union High School District, Office Of Administrative Hearings, Et Al

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07-2389 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF

3. a. Party served:              OFFICE OF ADMINISTRATIVE HEARINGS
   b. Person served:             ELIZABETH ACAPLES AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:   2349 GATEWAY OAKS DRIVE, SUITE 200
                                          SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 12, 2008 (2) at: 3:10PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as other:    OFFICE OF ADMINISTRATIVE HEARINGS, CCP 416.95, BUSINESS ORGANIZATION FORM UNKNOWN

7. *Person Who Served Papers:*
   a. Craig Lawson

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $43.50
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:   2002-59
      (iii) County:            SACRAMENTO
      (iv) Expiration Date:    Mon, Dec. 08, 2008

COUNTY-LEGAL
1023 H Street, Suite B3
Sacramento, CA 95814
(916) 446-4890, FAX (916) 446-4892
www.county-legal.com  info@county-legal.com

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jun. 12, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(Craig Lawson)

wr99.8706