Timothy J. Walton (State Bar No. 184292)
WALTON & ROESS LLP
407 South California Avenue
Suite 8
Palo Alto, CA 94306

Phone (650) 566-8500
Fax: (650) 618-8687
Email: cand.uscourts.gov@computercounsel.com

Attorneys for Plaintiff
SARAH Z.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH Z.,<br><br>       Plaintiff,<br><br>vs.<br><br>SEQUOIA UNION HIGH SCHOOL DISTRICT,<br><br>       Defendant. | Case No. 07-2389 SI<br><br>**STIPULATION TO VOLUNTARY DISMISSAL** |

Parties in the above-captioned lawsuit and their attorneys agree that the Court may, pursuant to Federal Rules of Civil Procedure 41(a), dismiss the above-captioned action with prejudice, all parties to bear their own costs and attorneys' fees.

                                    WALTON & ROESS LLP

Dated:  July 16, 2008           /s/ Timothy J. Walton
                                    Timothy J. Walton
                                    Attorneys for Plaintiff


                                  MICHAEL P. MURPHY, COUNTY COUNSEL


Dated:  July 16, 2008           /s/ Kathryn Alberti
                                    Kathryn Alberti
                                    Attorneys for Defendant
                                    SEQUOIA UNION HIGH SCHOOL DISTRICT

**ORDER**

Pursuant to the above stipulation of the parties,

**THIS ACTION IS HEREBY DISMISSED WITH PREJUDICE.**

Dated: _____

United States District Judge