1  Timothy J. Walton (State Bar No. 184292)
   WALTON & ROESS LLP
2  407 South California Avenue
   Suite 8
3  Palo Alto, CA 94306

4  Phone (650) 566-8500
   Fax: (650) 618-8687
5  Email: cand.uscourts.gov@computercounsel.com

6  Attorneys for Plaintiff
   SARAH Z.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | SARAH Z.,                              | Case No. 07-2389 SI
12 |         Plaintiff,                     | **STIPULATION TO VOLUNTARY
13 |    vs.                                 | DISMISSAL**
14 | SEQUOIA UNION HIGH SCHOOL DISTRICT,    |
15 |         Defendant.                     |

17     Parties in the above-captioned lawsuit and their attorneys agree that the Court may, pursuant to

18 Federal Rules of Civil Procedure 41(a), dismiss the above-captioned action with prejudice, all parties to

19 bear their own costs and attorneys' fees.

20                                      WALTON & ROESS LLP

21 Dated:  July 16, 2008          /s/ Timothy J. Walton
22                                Timothy J. Walton
                                  Attorneys for Plaintiff
23

24                                MICHAEL P. MURPHY, COUNTY COUNSEL
25

26 Dated:  July 16, 2008           /s/ Kathryn Alberti
27                                Kathryn Alberti
                                  Attorneys for Defendant
28                                SEQUOIA UNION HIGH SCHOOL DISTRICT

   Case No. 07-2389 SI
           STIPULATION TO VOLUNTARY DISMISSAL

**ORDER**

Pursuant to the above stipulation of the parties,

**THIS ACTION IS HEREBY DISMISSED WITH PREJUDICE.**

Dated: _____

_Susan Illston_
United States District Judge